PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Murphy                                    Cr.: 96-00624-002

Name of Sentencing Judicial Officer: John C. Lifland, Senior U.S. District Judge

Date of Original Sentence: 07/22/97

Original Offense: Possession with Intent to Distribute Heroin

Original Sentence: 84 months custody; 3 years supervised release; $100 SA; $5,000 fine. Special conditions of drug testing and/or treatment and financial disclosure.

Type of Supervision: Supervised Release              Date Supervision Commenced: 11/28/03

Assistant U.S. Attorney: Craig Carpinito        Defense Attorney: Donald McCauley, Esq. (AFPD)

### PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>During an office visit on October 3, 2005, Murphy admitted using heroin on September 30, 2005. Specifically, Murphy explained he purchased a $5 amount of heroin the day he was released from the Federal Prison Camp in Lewisburg, Pennsylvania. |



2           The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' The offender failed to report to the Probation Office as directed on October 11, 2005 and November 7, 2005.  In addition, the offender failed to submit monthly supervision reports for the months of October and November.

          I declare under penalty of perjury that the foregoing is true and correct.

By:  Anthony J. Nisi
      U.S. Probation Officer
Date:  12/07/05

**THE COURT ORDERS:**

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/19/05
     Date

AO 442   (Rev. 5/93)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Case Number:   CR 96-624-02

JEFFREY MURPHY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JEFFREY MURPHY _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation      x   Probation Violation Petition

charging him or her        (brief description of offense)

SEE ATTACHED PETITION

in violation of _____ United States Code, Section(s) _____

JOHN G. BASILONE                              DEPUTY CLERK
Name of Issuing Officer                       Title of Issuing Officer

_____              12/21/05 NEWARK NEW JERSEY
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____   by _____
                                             Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ | | |
| | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                    _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____